THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WASHINGTON CATTLEMEN'S ASSOCIATION,<br><br>          Plaintiff,<br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al*.,<br><br>          Defendants. | CASE NO. C19-0569-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for leave for Plaintiff to file supplemental declarations in support of its motion for a preliminary injunction (Dkt. No. 34). Having thoroughly reviewed the motion and relevant record, the Court hereby GRANTS the motion. Plaintiff shall file the supplemental declarations attached as exhibits to the stipulated motion (Dkt. Nos. 34-1–34-3) no later than Friday, August 2, 2019.

//

//

//

//

MINUTE ORDER
C19-0569-JCC
PAGE - 1

1       DATED this 1st day of August 2019.

2                                                William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0569-JCC
PAGE - 2