UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON CATTLEMEN'S ASSOCIATION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>　　　　　Defendants. | CASE NO. C19-0569-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time and notice of final rule (Dkt. No. 63). Having thoroughly considered the stipulated motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion. Defendants and Intervenors shall file their answers or otherwise respond to Plaintiff's supplemental complaint no later than April 18, 2020.

//

//

//

1   DATED this 3rd day of February 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0569-JCC
PAGE - 2