THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON CATTLEMEN'S ASSOCIATION,<br><br>                    Plaintiff,<br>     v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>                    Defendants. | CASE NO. C19-0569-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to clarify (Dkt. No. 74) the Court's order granting Plaintiff's unopposed motion for leave to file a second supplemental complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) (Dkt. No. 71). Having thoroughly considered the stipulated motion and relevant record, the Court hereby GRANTS the motion and ORDERS that Defendants and Defendant-Intervenors shall file their answers or otherwise respond to Plaintiff's second supplemental complaint no later than July 3, 2020.

//

//

1 | DATED this 6th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk