THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON CATTLEMEN'S ASSOCIATION,<br><br>                    Plaintiff,<br>     v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>                    Defendants. | CASE NO. C19-0569-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay certain claims and for leave to file a certified index of the administrative records at issue (Dkt. No. 85). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS that:

1. Plaintiff's claims regarding the 2015 Rule and the 2019 Rule are hereby STAYED pending further order of the Court. The parties may move to lift the stay following the Court's ruling on the merits of Plaintiff's claims regarding the 2020 Rule.

2. The Agencies are granted leave to file a certified index of the relevant administrative records in lieu of copies of the administrative record as required by Western District of

Washington Local Civil Rule 79(h).

3. The Agencies are granted leave to file the certified indexes of the administrative records of the 2015 Rule and the 2019 Rule after the Court lifts or partially lifts the stay on Plaintiff's claims regarding the 2015 Rule and the 2019 Rule. Therefore, within 14 days of any lift of the stay, the parties must file a stipulated case schedule governing further proceedings, including submission of the certified indexes of the administrative records for the 2015 Rule and the 2019 Rule.

DATED this 31st day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
