The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON CATTLEMEN'S ASSOCIATION, | No. 2:19-CV-0569-JCC |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |
| And | |
| PUGET SOUNDKEEPER ALLIANCE, IDAHO CONSERVATION LEAGUE, and SIERRA CLUB, | |
| Defendant-Intervenors. | |

Joint Status Report
2:19-CV-0569-JCC

1

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

In accordance with this Court's Order, Dkt. No. 95 (Feb. 8, 2021), Plaintiff, Defendants ("the Agencies"),[1] and Intervenor-Defendants hereby submit this joint status report:

1. In this proceeding, Plaintiff is challenging three rules promulgated by the Agencies that define the phrase "waters of the United States" in Section 1362(7) of the Clean Water Act: the Clean Water Rule: Definition of "Waters of the United States," 80 Fed. Reg. 37,054 (June 29, 2015) ("2015 Rule"), the Definition of "Waters of the United States" – Recodification of Pre-Existing Rules, 84 Fed. Reg. 56,626 (Oct. 22, 2019) ("2019 Rule"), and the Navigable Waters Protection Rule: Definition of "Waters of the United States," 85 Fed. Reg. 22,250 (Apr. 21, 2020) ("2020 Rule").

2. With respect to the 2020 Rule,[2] as stated in the Parties' stipulated motion to stay the proceeding, Dkt. No. 94 (Feb. 2, 2021), the Agencies are reviewing this rule. Accordingly, the Court granted the Parties' motion to stay the proceeding until May 1, 2021. Dkt. No. 95 (Feb. 8, 2021). The Court further ordered the Parties to submit a joint status report on or before May 1, 2021 "to update the Court on the status of the case." *Id.*

3. On March 10, the new EPA Administrator, Michael Regan, was sworn in. 167 Cong. Rec. S1456 (daily ed. Mar. 10, 2021). The new Administrator and his staff have since been briefed on the 2020 Rule, and the new administration is currently weighing its options regarding the rule.

4. Recently, Administrator Regan pledged to "begin a stakeholder engagement process involving our AG community, Farm Bureau or AG CEOs, our environmental community, to look at the lessons learned and how we can move forward." *Hearing on Fiscal 2022 Budget*

---

[1] EPA Administrator Michael Regan and Acting Assistant Secretary of the Army for Civil Works Jaime Pinkham are automatically substituted for their predecessors in office pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

[2] On July 31, 2020, this Court stayed Plaintiff's claims with respect to the 2015 and 2019 Rules. Dkt. No. 86. The Court noted that the Parties "may move to lift the stay following the Court's ruling on the merits of Plaintiff's claims regarding the 2020 Rule." *Id.*

Joint Status Report
2:19-CV-0569-JCC

2

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

*Requests for EPA Before the H. Appropriations Subcomm. on Interior & Env't*, 117th Cong. 4 (Apr. 21, 2021) (statement of Michael Regan, EPA Administrator). While the Agencies have not made a final decision with respect to the 2020 Rule, Administrator Regan has expressed his intent to "chart a path forward on waters of the U.S. that will be inclusive and forward-looking." *Id*. at 5.

5. In light of this ongoing review, the Agencies intend to move to further extend the stay until July 1, 2021. Plaintiff has indicated that it would oppose such a motion; intervenor-defendants have indicated they would support the Agencies' motion to further stay the proceeding. The Agencies' motion to further stay this proceeding will be filed separately from this joint status report.

Dated: April 29, 2021					Respectfully submitted,

							/s/ *Hubert T. Lee*

							HUBERT T. LEE
							SONYA J. SHEA
							*Trial Attorneys*
							Environmental Defense Section
							U.S. Department of Justice
							P.O. Box 7611
							Washington, DC 20044
							(202) 514-1806 (Lee)
							(303) 844-7231 (Shea)
							Hubert.lee@usdoj.gov
							Sonya.Shea@usdoj.gov

							COUNSEL FOR DEFENDANTS

Joint Status Report
2:19-CV-0569-JCC

3

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

/s/ *Anthony L. Francois*
ANTHONY L. FRANÇOIS
DANIEL M. ORTNER
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Fax: (916) 419-7477
Email: AFrancois@pacificlegal.org
Email: DOrtner@pacificlegal.org

COUNSEL FOR PLAINTIFF


/s/  *Janette K. Brimmer*
JANETTE K. BRIMMER
Earthjustice Northwest Office
705 2nd Ave., Suite 203
Seattle, WA 98104
Telephone: (206) 343-7340
Email: jbrimmer@earthjustie.org

COUNSEL FOR DEFENDANT-
INTERVENORS

Joint Status Report
2:19-CV-0569-JCC

4

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2021, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Hubert T. Lee*

Hubert T. Lee

Joint Status Report
2:19-CV-0569-JCC

5

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806