The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON CATTLEMEN'S ASSOCIATION,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>       Defendants.<br><br>   And<br><br>PUGET SOUNDKEEPER ALLIANCE, IDAHO CONSERVATION LEAGUE, and SIERRA CLUB,<br><br>       Defendant-Intervenors. | No. 2:19-CV-0569-JCC<br><br>NOTICE OF MOTION RENOTED<br><br>ORIGINAL NOTE ON MOTION CALENDAR: MAY 14, 2021<br><br>REVISED NOTE ON MOTION CALENDAR: MAY 6, 2021 |

Notice of Motion Renoted
2:19-CV-0569-JCC

1

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806

Pursuant to Local Rules 7(l) and 7(d)(1), defendants United States Environmental Protection Agency ("EPA"), EPA Administrator Michael Regan, United States Army Corps of Engineers, and Acting Assistant Secretary of the Army for Civil Works, Jaime Pinkham ("Defendants" or "Agencies"),[1] hereby provide notice to the parties and this Court that the Agencies' motion to continue the stay ("Motion") in the above-captioned proceeding until July 1, 2021 (*see* Dkt. No. 97, filed April 29, 2021) is to be renoted for May 7, 2021.

After the Motion was filed on April 29, 2021, Plaintiff's counsel further conferred with the Agencies' counsel. Plaintiff's counsel subsequently indicated that it no longer opposed the Motion. Accordingly, pursuant to Local Rules 7(l) and 7(d)(1), the Agencies wish to renote the now unopposed Motion for May 6, 2021.

Dated: May 6, 2021                                  Respectfully submitted,


                                                    /s/ *Hubert T. Lee*

                                                    HUBERT T. LEE
                                                    SONYA J. SHEA
                                                    *Trial Attorneys*
                                                    Environmental Defense Section
                                                    U.S. Department of Justice
                                                    P.O. Box 7611
                                                    Washington, DC 20044
                                                    (202) 514-1806 (Lee)
                                                    (303) 844-7231 (Shea)
                                                    Hubert.lee@usdoj.gov
                                                    Sonya.Shea@usdoj.gov

                                                    COUNSEL FOR DEFENDANTS

---

[1] EPA Administrator Michael Regan and Acting Assistant Secretary of the Army for Civil Works Jaime Pinkham are automatically substituted for their predecessors in office pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2021, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Hubert T. Lee*

Hubert T. Lee

Notice of Motion Renoted
2:19-CV-0569-JCC

3

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806