THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON CATTLEMEN'S ASSOCIATION,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | CASE NO. C19-0569-JCC<br><br>ORDER |

This matter comes before the Court on Defendants' unopposed[1] motion to extend the stay of these proceedings (Dkt. No. 97).

In this action, Plaintiff Washington Cattlemen's Association brings claims against the Environmental Protection Agency and the Army Corps of Engineers challenging three successive rules defining "waters of the United States" in the Clean Water Act. (*See generally* Dkt. No. 72.) On February 8, 2021, the Court issued an order staying this matter until May 1, 2021 based on President Biden's January 20, 2021 Executive Order. (*See generally* Dkt. No. 47.) Defendants now move to extend the stay until July 1, 2021 while their review of the rule remains ongoing. (Dkt. No. 97 at 5.) Having thoroughly considered the motion and the relevant record,

---

[1] Initially, Defendants indicated that Plaintiff opposed the motion while Defendant-Intervenors did not. (Dkt. No. 97 at 2.) But Defendants subsequently indicated that Plaintiff no longer opposed the motion. (Dkt. No. 98.)

ORDER
C19-0569-JCC
PAGE - 1

and finding good cause, the Court GRANTS the motion (Dkt. No. 97) and ORDERS:

1. This matter will remain STAYED until July 1, 2021.
2. The parties must file a joint status report on or before July1 1, 2021, to update the Court on the status of the case.

DATED this 24th day of May 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-0569-JCC
PAGE - 2