UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON CATTLEMEN'S ASSOCIATION,<br><br>                Plaintiff,<br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>                Defendants. | CASE NO. C19-0569-JCC<br><br>ORDER |

This matter comes before the Court on the parties' joint status report and stipulated motion to extend the stay of these proceedings (Dkt. No. 100).

In this action, Plaintiff Washington Cattlemen's Association brings claims against the Environmental Protection Agency and the Army Corps of Engineers challenging three successive rules defining "waters of the United States" in the Clean Water Act. (*See generally* Dkt. No. 72.) On February 8, 2021, the Court issued an order staying this matter until May 1, 2021 based on President Biden's January 20, 2021 Executive Order. (*See generally* Dkt. No. 47.) The Court later extended the stay until July 1, 2021, while the Agencies review of the rule at issue remained ongoing. (Dkt. No. 99.) On June 9, 2021, the Agencies announced that they have decided to initiate new rulemaking to revise the definition of "waters of the United States." (Dkt. No. 100 at 3.) In light of the new rulemaking, the parties agree that an extension of the stay is

appropriate and ask the Court to continue the stay until October 1, 2021. (*Id.* at 3–4.)

Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS the motion (Dkt. No. 100) and ORDERS:

1. This matter will remain STAYED until October 1, 2021.
2. The parties must file a joint status report and proposal to further govern proceedings on or before October 1, 2021.

DATED this 6th day of July 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE