THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON CATTLEMEN'S ASSOCIATION,<br><br>                    Plaintiff,<br>     v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>                    Defendants. | CASE NO. C19-0569-JCC<br><br>ORDER |

This matter comes before the Court on the parties' joint status report and stipulated motion to extend the stay of these proceedings (Dkt. No. 106).

In this action, Plaintiff Washington Cattlemen's Association brings claims against the Environmental Protection Agency and the Army Corps of Engineers challenging three successive rules defining "waters of the United States" in the Clean Water Act. (*See generally* Dkt. No. 72.) On February 8, 2021, the Court issued an order staying this matter until May 1, 2021 based on President Biden's January 20, 2021 Executive Order. (*See generally* Dkt. No. 47.) The Court later extended the stay until July 1, 2021, while the Agencies review of the rule at issue remained ongoing. (Dkt. No. 99.) In light of the Agencies' rulemaking announced June 9, 2021, to revise the definition of "waters of the United States," (Dkt. No. 100 at 3), the Court continued the stay until October 1, 2021. (Dkt. No. 101.)

      The parties now request a further six-month abeyance while the Agencies continue the rulemaking process of defining "waters of the United States." (Dkt. No. 106 at 5.) Further, the parties contend that their litigation strategy in this matter may be affected by how the Agencies and intervener defendants in a separate case respond to an order vacating and remanding the Navigable Waters Protection Rule. (*Id.* at 4–5 (*citing Pascua Yaqui Tribe v. EPA*, CV-20-00266-TUC-RM, ECF No. 99 at 11 (D. Ariz. 2021).)

      Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS the motion (Dkt. No. 106) and ORDERS:

1. This matter will remain STAYED until April 1, 2022.
2. The parties must file a joint status report and proposal to further govern proceedings on or before April 1, 2022.

DATED this 29th day of September 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE