THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON CATTLEMEN'S ASSOCIATION,<br><br>              Plaintiff,<br>      v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>              Defendants. | CASE NO. C19-0569-JCC<br><br>ORDER |

This matter comes before the Court on the parties' joint status report and stipulated motion to extend the stay of these proceedings (Dkt. No. 110).

In this action, Plaintiff Washington Cattlemen's Association brings claims against the Environmental Protection Agency and the Army Corps of Engineers challenging three successive rules defining "waters of the United States" in the Clean Water Act. (*See generally* Dkt. No. 72.) On February 8, 2021, the Court issued an order staying this matter (Dkt. No. 95), which it extended several times while the agencies' review of the rule and rulemaking process to revise the definition at issue remained ongoing. (Dkt. Nos. 99, 101, 107.) The case remains in abeyance. (Dkt. No. 107.)

The parties now request a further abeyance pending issuance by the Agencies of a final rule defining "waters of the United States" or a determination by the Agencies that they will no

ORDER
C19-0569-JCC
PAGE - 1

1  longer proceed with the rulemaking process. (Dkt. No. 110 at 2.)

2  Having thoroughly considered the motion and the relevant record, and finding good
3  cause, the Court GRANTS the motion (Dkt. No. 110) and ORDERS:

4  1. This matter will remain STAYED until September 1, 2022.

5  2. The parties must file a joint status report and proposal to further govern proceedings
6  on or before September 1, 2022.

7  DATED this 4th day of April 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE