THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON CATTLEMEN'S ASSOCIATION,<br><br>          Plaintiff,<br>     v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>          Defendants. | CASE NO. C19-0569-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to further stay the proceedings (Dkt. No. 112). In this action, Plaintiff Washington Cattlemen's Association brings claims against the Environmental Protection Agency and the Army Corps of Engineers challenging three successive rules defining "waters of the United States" in the Clean Water Act. (*See generally* Dkt. No. 72.) Plaintiff's claims concerning two earlier rules have been stayed pending the Court's ruling on the merits of Plaintiff's claims concerning the 2020 Rule, (Dkt. No. 86), Plaintiff's motion for a preliminary injunction concerning the 2020 Rule, (Dkt. No. 77), and Defendants' motion to consolidate (Dkt. No. 87) this action with *Puget Soundkeeper Alliance v. United States Environmental Protection Agency*, C20-0950-JCC (W.D. Wash. 2020.

On February 2, 2021, the Parties filed a stipulated motion to stay the proceeding for 90 days to accommodate the Agencies' review of the 2020 Rule. (Dkt. No. 94.) The Court granted the motion on February 8, 2021, staying the case until May 1, 2021. (Dkt. No. 95.) The Parties filed four additional motions to stay the proceeding, which were all granted by this Court. (Dkt. Nos. 99, 101, 107, 111).

After a subsequent proposal and comment making period, the parties now ask the Court to stay the proceedings because the Agencies currently expect to issue a final regulation by the end of the year. (Dkt. No. 113 at 5). Accordingly, the parties wish to stay the proceeding until January 20, 2023. (*Id.*)

Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS the motion (Dkt. No. 112) and ORDERS:

1. This matter, including but not limited to all pending motions, is STAYED until January 20, 2023.
2. The parties must file a joint status report on or before January 31, 2023, to update the Court on the status of the case.

DATED this 31st day of August 2022.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Sandra Rawski<br>
Deputy Clerk