Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WASHINGTON CATTLEMEN'S ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>    Defendants,<br><br>PUGET SOUNDKEEPER ALLIANCE, IDAHO CONSERVATION LEAGUE, and SIERRA CLUB,<br><br>    Defendant-Intervenors. | Civil Action No. 2:19-cv-00569-JCC<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR A WAIVER FROM LOCAL CIVIL RULE 83.1(d)(2)**<br><br>**Note on Motion Calendar:<br>December 21, 2022** |

*Plaintiff's Unopposed Motion for Waiver from LCR. 83.1(d)(2)*
*Case No. 2:19-cv-00569-JCC*

1

*Pacific Legal Foundation*
*555 Capitol Mall, Suite 1290*
*Sacramento, California 95814*
*(916) 419-7111*

Counsel for Plaintiffs respectfully move this Court to waive its requirement for local counsel to maintain a physical office in this district, in this case. Local Counsel Ethan W. Blevins, a member of this Court's bar, sponsored the application of PLF attorney Charles T. Yates to appear before this Court *pro hac vice*. *See* ECF No. 102 (application) and ECF No. 103 (order granting application). According to the Local Civil Rules of this Court, local counsel must maintain a physical office within the boundaries of the Western District of Washington. *See* Local Rules W.D. Wash. LCR 83.1(d)(2).

Pacific Legal Foundation will no longer maintain a physical office meeting the requirements of LCR 83.1(d)(2), effective December 30, 2022. PLF is closing its office in Seattle for economic reasons and PLF staff formerly associated with the Seattle office will work from home.

Mr. Blevins will continue to fulfill all responsibilities as local counsel. He is able and prepared to appear in this Court as needed. He will continue to review, sign, and efile all documents. And he will continue to ensure that all filings comply with the local rules of this Court. *See* LCR 83.1(d)(2). Mr. Blevins' signature will appear above PLF's administrative headquarters address in Sacramento if a waiver is granted. A Notice of Change of Address will be filed for Mr. Blevins if this waiver is granted.

The current posture of this case also supports granting the waiver, obviating the other possible course of action—that is, substituting local counsel and refiling Mr. Yates' *pro hac vice* application. In anticipation of Federal Defendants' publishing a new regulation to define "navigable waters," the case is currently stayed until January 20, 2023. ECF No. 113. And Plaintiff is considering the possibility of requesting a further stay upon publication of that new regulation. Plaintiff believes that this action can be continued in its current posture, without requiring local counsel to maintain a physical office address within the Western District of Washington.

*Plaintiff's Unopposed Motion for Waiver from LCR. 83.1(d)(2)*
*Case No. 2:19-cv-00569-JCC*

2

Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
(916) 419-7111

Pursuant to LCR 7, Plaintiff's counsel contacted counsel for the Federal Defendants and Defendant-Intervenors on December 21, 2022, to solicit their positions on this motion. Federal Defendants and Defendant-Intervenors take no position on Plaintiff's motion.

DATED: December 21, 2022.

                                        Respectfully submitted,

| s/ Ethan W. Blevins | s/ Charles T. Yates** |
|---|---|
| ETHAN W. BLEVINS, WSBA # 48219 | CHARLES T. YATES, Cal. Bar # 322704* |
| Pacific Legal Foundation | Pacific Legal Foundation |
| 255 South King Street, Suite 800 | 555 Capitol Mall, Suite 1290 |
| Seattle, Washington 98104 | Sacramento, California 95814 |
| Telephone: (206) 619-8944 | Telephone: (916) 419-7111 |
| Email: EBlevins@pacificlegal.org | Email: CYates@pacificlegal.org |

*Admitted Pro Hac Vice
**Contents of this notice are acceptable to counsel and counsel has permitted his signature to be included.

*Counsel for Plaintiff*

*Plaintiff's Unopposed Motion for Waiver from LCR. 83.1(d)(2)*
*Case No. 2:19-cv-00569-JCC*

3

*Pacific Legal Foundation*
*555 Capitol Mall, Suite 1290*
*Sacramento, California 95814*
*(916) 419-7111*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2022, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

s/ Ethan W. Blevins<br>
ETHAN W. BLEVINS

*Plaintiff's Unopposed Motion for Waiver from LCR. 83.1(d)(2)*
*Case No. 2:19-cv-00569-JCC*

4

*Pacific Legal Foundation*
*555 Capitol Mall, Suite 1290*
*Sacramento, California 95814*
*(916) 419-7111*